IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

       Plaintiff,                   No. 2:09-cv-2170 KJN P

    vs.

D. SMITH, et al.,

       Defendants.            <u>ORDER</u>

                                 /

          Plaintiff, a state prisoner, is proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

          By order filed February 2, 2010, this court directed plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on defendants. On February 16, 2010, plaintiff submitted the USM-285 forms but failed to file the requisite number of copies of his complaint. In a separate letter to the court, plaintiff stated that he was unable to make copies because his place of incarceration was in lockdown; plaintiff indicated that he was sending his only copy of the complaint, and asked the court to make the additional copies. This is a task the court cannot undertake on an as-requested basis.

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to return to plaintiff a copy of the endorsed complaint filed on August 6, 2009; and

2. Within twenty-eight days after the filing of this order, plaintiff shall submit to the court four copies of the endorsed complaint. Failure timely to return all requisite copies of the complaint may result in a recommendation that this action be dismissed.

DATED: February 23, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mcda2170.8f