IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

      Plaintiff,                            No. 2:09-cv-2170 KJN P

   vs.

D. SMITH, et al.,

      Defendants.                <u>ORDER</u>

_____/

       Plaintiff, a state prisoner, is proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.

       By order filed February 2, 2010, this court directed plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on defendants. On February 16, 2010, plaintiff submitted the USM-285 forms but failed to file the requisite number of copies of his complaint. In a separate letter to the court, plaintiff stated that he was unable to make copies because his place of incarceration was in lockdown; plaintiff indicated that he was sending his only copy of the complaint, and asked the court to make the additional copies. This is a task the court cannot undertake on an as-requested basis.

////

1       Accordingly, IT IS HEREBY ORDERED that:

2       1. The Clerk of the Court is directed to return to plaintiff a copy of the endorsed
3 complaint filed on August 6, 2009; and

4       2. Within twenty-eight days after the filing of this order, plaintiff shall submit to
5 the court four copies of the endorsed complaint.  Failure timely to return all requisite copies of
6 the complaint may result in a recommendation that this action be dismissed.

7 DATED: February 23, 2010

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

mcda2170.8f