IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,                No.  2:09-cv-2170 KJN P

    vs.

D. SMITH, et al.,

    Defendants.       <u>ORDER</u>

          On December 9, 2010, this court denied without prejudice defendants' motion to extend the discovery deadline in this action and, premised on the contents of defendants' motion, directed the parties to submit confidential statements indicating whether the court should set a settlement conference. The court's review of the parties' respective statements indicates that it would not be helpful to set a settlement conference at this time. The court therefore extends the pertinent deadlines in this case.

          Accordingly, IT IS HEREBY ORDERED that

          1. The deadline for discovery is extended to March 4, 2011.

          2. The deadline for filing dispositive motions is extended to May 20, 2011.

          3. The rules and procedures set forth in the court's scheduling order filed September 8, 2010 (Dkt. No. 21), remain in effect.

1

1       SO ORDERED.

2 DATED: January 10, 2011

3

4                                    _____
                                   KENDALL J. NEWMAN

5                                    UNITED STATES MAGISTRATE JUDGE

6 mcda2170.ext.ddlns.