1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10    CLIFTON JEROME MCDANIEL,

11            Plaintiff,                    NO. 2:09-cv-02170 KJN P

12        vs.

13    D. SMITH, et al.,

14            Defendants.           <u>ORDER</u>

15    _____/

16            On July 8, 2011, pursuant to order of this court filed June 10, 2011 (Dkt. No. 28),

17    defendants' counsel filed a declaration informing the court of the status of settlement

18    negotiations with plaintiff.  (<u>See</u> Dkt. No. 29.)  Counsel indicated that the parties were close to

19    settlement, and opined that "this case will be resolved given additional time."  (<u>Id.</u> at 3.)  More

20    than thirty days have passed, but defense counsel has not further communicated with the court.

21    Counsel is reminded that the court perceived "significant delays" in the defense of this case, and

22    "directed [counsel] to expedite settlement negotiations with plaintiff."  (Dkt. No. 28 at 1-2.)

23    Counsel is also reminded that time is of the essence because plaintiff's expressed willingness to

24    settle is due to plaintiff's health.

25    ////

26    ////

1

1    Accordingly, IT IS HEREBY ORDERED that defendants' counsel shall, within

2    14 days after the filing date of this order, file and serve a declaration informing the court of the

3    progress of defendants' settlement negotiations with plaintiff (without disclosing the terms of

4    such negotiations).

5    SO ORDERED.

6    DATED:  August 19, 2011

7

8

                                KENDALL J. NEWMAN
9                                UNITED STATES MAGISTRATE JUDGE

10    mcda2170.ord.re.sett.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26