IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFTON JEROME MCDANIEL,

    Plaintiff,                    No. 2:09-cv-02170 KJN P

    vs.

D. SMITH, et al.,

    Defendants.              <u>ORDER</u>

_____/

    Plaintiff and counsel for defendants have filed a stipulation for voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (Dkt. No. 32.)  The stipulation is supported by the declaration of defendants' counsel, Kelly A. Yokley, who states that the parties have reached a settlement agreement.  (Dkt. No. 31.)  Accordingly, for good cause shown, this action is dismissed.  Fed. R. Civ. P. 41(a)(1)(A)(ii), and (a)(1)(B).

DATED: September 19, 2011

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

mcda2170.stip.dsms